IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMERICAN GENERAL LIFE
AND ACCIDENT INSURANCE
COMPANY,

      **Plaintiff**

v.                              CASE NO. 4:12-cv-502-MW/CAS

DENISE R. BROWN,
MALINDA MOORE,
NANCY ENGLISH,
JAMES MERRITT,
JAMES REAMS, and
GAIL ANDREWS,

      **Defendants.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING
## AMENDED REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Amended Report and Recommendation, ECF No. 41, filed May 13, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Motion for Entry of Final Decree of Interpleader, ECF No. 22, is **GRANTED** and Plaintiff is

**DISCHARGED** of any and all liability arising out of insurance policy number 891355153 issued under the life of James Floyd Reams.  All Defendants in this cause are perpetually **RESTRAINED AND ENJOINED** from instituting or prosecuting any proceedings against Plaintiff which in any way relates to the insurance policy.  Further, **DEFAULT JUDGMENT** is entered against the Defendant, **Gail Andrews,** and this case is remanded to the Magistrate for further proceedings.

      SO ORDERED on May 31, 2013.

                                        s/Mark E. Walker  
                                        United States District Judge