**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


**AMERICAN GENERAL LIFE AND**
**ACCIDENT INSURANCE COMPANY,**

      **Plaintiff,**

**vs.**                                **Case No. 4:12cv502-CAS**

**DENISE R. BROWN,**
**MELINDA MOORE,**
**NANCY ENGLISH,**
**JAMES MERRITT,**
**and JAMES REAMS,**

      **Defendants.**

_____/


## O R D E R

A mediation conference was held in this case on December 10, 2013, and the parties have now filed a notice of settlement and motion to release funds pursuant to the settlement agreement, docs. 56-57, a mediation report, doc. 58, and Defendant Moore filed a separate notice of settlement, doc. 59. The parties' request that the insurance proceeds be distributed equally between Defendants Denise Brown, Melina Moore, Nancy Burnham, James Merritt and James Michael Reams. Docs. 56-59. The request is **Granted** and this case may now be closed.

Accordingly, it is

**ORDERED**:

1.  The parties' settlement agreement, docs. 56-57, is approved by the Court.

2.  The sum of $42,624.31 shall be disbursed from the Court Registry and made payable in equal amounts of $8,524.86 to:

  a.   Denise R. Brown and James Michael Reams
       c/o Brant Lamar Hargrove
       1291 Cedar Center Drive
       Tallahassee, FL 32301

  b.   Melinda Moore
       2942 Evans Drive
       Kissimmee, FL 34758

  c.   Nancy Reams English
       Post Office Box 323
       Pinetta, FL 32350

  d.   James R. Merritt
       6450 Zipperer Road SW
       Valdosta, GA 31601

3.  The prior motions to release funds, docs. 29, 33, and 35, are **DENIED as moot**.

4.  The recently filed motions to release funds, docs. 57 and 59, are **GRANTED**.

5.  This case is **DISMISSED with prejudice** and the Clerk of Court shall close this case.

   **DONE AND ORDERED** on December 26, 2013.


   **S/    Charles A. Stampelos**
   **CHARLES A. STAMPELOS**
   **UNITED STATES MAGISTRATE JUDGE**